UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWRENCE BANKS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-4868** |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **SECTION P(1)** |

## ORDER OF DISMISSAL

On July 19, 2024, the Court issued an Order to Show Cause[1] instructing plaintiffs' counsel to file into the record proof of service or show good cause, in writing, why service of process had not yet been effected on defendant, State Farm Fire & Casualty Company, no later than August 19, 2024. Counsel was advised that failure to comply would result in the dismissal of the case. As of this date, plaintiffs' counsel has not filed a response to the Court's Order.

Accordingly, **IT IS ORDERED** that plaintiffs' claims are hereby **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 23rd day of August 2024.

*[signature: Darrel James Papillion]*

**HONORABLE DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 13